Form 27 - GENERAL PURPOSE
**JON L. NORINSBERG**
**ATTN:**
U.S.SOUTHERN DIST. COURT     NEW YORK COUNTY
-------------------------------------------------

DAVID RIVERA                              plaintiff

                    - against -

THE CITY OF NEW YORK, ETAL                defendant
-------------------------------------------------

| | |
|---|---|
| Index No. **08 CV 00224** |
| Date Filed  ............ |
| Office No. |
| Court Date:   /  / |

STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

**JOEL GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
    That on the  **15th  day of January, 2008     at  11:37 AM.,**          **at**
    **%MICHAEL A.CARDOZO, CORP.COUNSEL OF THE C.N.Y.**
    **100 CHURCH ST, 4TH FL.NEW YORK, NY 10007**
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **JUDGES RULES**
    **CIVIL COVER SHEET**

upon **THE CITY OF NEW YORK**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **TAMEKIA MENDES-GAMMON--CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
          SEX: **FEMALE**          COLOR: **BLACK**          HAIR: **BLACK**
          APP. AGE: **27**          APP. HT: **5:6**          APP. WT: **125**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
16th  day of  January, 2008i



SAMSON NEWMAN
Notary Public, State of New York
   No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

JOEL GOLUB   701893
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JLN105278