Form 02 - SUITABLE AGE                AETNA  CENTRAL  JUDICIAL  SERVICES
    **JON L. NORINSBERG**
    **ATTN:**
U.S.SOUTHERN DIST. COURT         NEW YORK  COUNTY
-----------------------------------------------------

| | |
|---|---|
| DAVID RIVERA                    plaintiff | Index No. **08 CV 00224** |
| - against - | Date Filed ............ |
| THE CITY OF NEW YORK, ETAL      defendant | Office No. |
| | Court Date:  **/  /** |

-----------------------------------------------------

    STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
**BRETT M. GOLUB**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the  State of New York. That on the
**18th** day of **January, 2008   12:00 PM**      at
    JOINT TERRORISM TASK FORCE INTELLIGENCE DIV. 1
    POLICE PLAZA, LEGAL BUREAU, RM 1109 NY, NY 10038
I served the   **SUMMONS AND COMPLAINT**
         **JUDGES RULES**
         **CIVIL COVER SHEET**
upon **DET.ARNALDO NUNEZ SHIELD NO.06123**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with
    **LT. "JOHN" MATOUSEK, CO-WORKER WHO REFUSED TRUE FIRST NAME**
a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **WHITE**   HAIR: **GRAY**    AGE: **45**   HEIGHT: **5:9**   WEIGHT: **180**
OTHER IDENTIFYING FEATURES:
On **01/24/2008** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
24th  day of   January,         2008n                      ......................
                                                                BRETT M. GOLUB   1239202
JOEL GOLUB                                                    AETNA   CENTRAL   JUDICIAL  SERVICES
Notary Public, State of New York            225 BROADWAY, SUITE 1802
   No.01GO4751136                          NEW YORK, NY, 10007
Qualified in NASSAU COUNTY                Reference No: 3JLN105279
Commission Expires 12/31/2009