```
Form 02 - SUITABLE AGE           AETNA CENTRAL JUDICIAL SERVICES
          JON L. NORINSBERG
          ATTN:
U.S.SOUTHERN DIST. COURT    NEW YORK COUNTY
-----------------------------------------------------
                                              Index No. 08-CV-00224
DAVID RIVERA                       plaintiff
                                              Date Filed ............
          - against -
                                              Office No.
THE CITY OF NEW YORK, ETAL         defendant
                                              Court Date:   /  /
-----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
JOSE ESPINAL      being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
1st day of May, 2008  11:45 AM                  at
    %NYCPD (LEGAL DEPT) 1 POLICE PLZ
    14TH FL. NEW YORK, NY
I served the   SUMMONS AND COMPLAINT
               CIVIL COVER SHEET
upon DET.DANIEL RYAN, SHIELD NO. 6878
the DEFENDANT   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    EVAN GLUCK--CO-WORKER AUTHORIZED TO ACCEPT
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE    COLOR: WHITE    HAIR: BLACK    AGE: 32  HEIGHT: 5:7  WEIGHT: 150
OTHER IDENTIFYING FEATURES:
On 05/02/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
2nd  day of May,      2008;          ......J..Espina............
                                     JOSE ESPINAL  1278811
KENNETH WISSNER                      AETNA CENTRAL JUDICIAL SERVICES
Notary Public, State of New York     225 BROADWAY, SUITE 1802
    No.01WI4714130                   NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY         Reference No: 9JLN125575
Commission Expires 03/30/2010
```