UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08
```

**DAVID RIVERA**

                **Plaintiff,**

-v-

**THE CITY OF NEW YORK, ET AL,**
                **Defendants.**

Case No. 08 CV 0224 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Frank Maas for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
All such motions: _____

_x_ Settlement* The parties request a settlement conference mid-July, 2008.

___   Inquest After Default/Damages Hearing

---

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   May 9, 2008
         New York, New York

                                        _____
                                        Richard J. Sullivan
                                        United States District Judge