UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

------------------------------------------------------------ x

DAVID RIVERA,

                                    Plaintiff,

-against-

THE CITY OF NEW YORK, DET. ARNALDO NUNEZ,
Shield No. 06123, Individually and in his Official
Capacity, DET. DANIEL RYAN, Shield No. 6878,
Individually and in his Official Capacity, P.O.s "JOHN
DOE" #1-10, Individually and in their Official Capacities,
(the name John Doe being fictitious as the true names are
presently unknown),

                                    Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

08 Civ. 0224 (RJS)

------------------------------------------------------------ x

      **WHEREAS**, plaintiff David Rivera commenced this action by filing a complaint on or about January 11, 2008 alleging that defendants violated his constitutional rights; and

      **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1.   The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees except as provided for in paragraph "2" below.

2.   The City of New York hereby agrees to pay plaintiff the sum of **Thirty-Five Thousand ($35,000.00) Dollars** in full satisfaction of all claims, inclusive of claims for costs, expenses and attorney fees. In consideration

for the payment of this sum, plaintiff agrees to the dismissal of all claims against the City of New York, or any agency thereof, and all individually named defendants, and to release all defendants and any present or former employees or agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release and An Affidavit of No Liens based on the terms of paragraph 2 above.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant

proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       May 21, 2008

JON L. NORINSBERG, ESQ.
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, New York 10007
(212) 791-5396

By: _____
     Jon L. Norinsberg (JN 2133)

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants City of New York and Detective Nunez
100 Church Street
Room 3-121
New York, New York 10007
(212) 788-0823

By: _____
     Hillary A. Frommer (HF 9286)
     Senior Counsel

SO ORDERED:

_____
United States District Judge
5/29/08

3